IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DYLAN WARNICKE, ) | |
| ) | CIVIL No. 24-00064 HG-RT |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| GERARD NEVEAU, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO GRANT PLAINTIFF'S APPLICATION TO PROCEED WITHOUT PREPAYING FEES AND TRANSFER OR DISMISS THE COMPLAINT (ECF No. 8); TRANSFERRING CASE**

Findings and Recommendation (ECF No. 8) having been filed and served on all parties on April 12, 2024, and no objections having been filed by any party,

Plaintiff having agreed to transfer the case to the United States District Court for the Northern District of Illinois, Eastern Division (ECF No. 16),

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendations (ECF No. 8) are adopted as the opinion and order of this Court.

Plaintiff having consented to the transfer, the Motion to Stay (ECF No. 17) is TERMINATED.

The case is TRANSFERRED to the United States District Court

for the Northern District of Illinois, Eastern Division.  In transferring this case, the Court expresses no opinion regarding the merits of Plaintiff's claims.

The Clerk is DIRECTED to transfer the case and all files to the United States District Court for the Northern District of Illinois, Eastern Division.

The Clerk's Office is directed to CLOSE the case.

IT IS SO ORDERED.

Dated: Honolulu, Hawaii, May 10, 2024.

Helen Gillmor
United States District Judge

Dylan Warnicke v. Gerard Neveau, 24-cv-00064-HG-RT, ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO GRANT PLAINTIFF'S APPLICATION TO PROCEED WITHOUT PREPAYING FEES AND TRANSFER OR DISMISS THE COMPLAINT; TRANSFERRING CASE.